# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00105-MR-WCM

| | |
|---|---|
| A.W. MUNDAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LEES-McRAE COLLEGE, a North ) <br> Carolina Corporation, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On June 6, 2022, the Plaintiff filed a Brief in Opposition to the Defendant's Motion for Summary Judgment. [Doc. 76]. Pages 7 through 25 of the Plaintiff's Brief, however, fail to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 63 at 6]. Accordingly, the Plaintiff's Brief will be stricken.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Brief in Opposition to the Defendant's Motion for Summary Judgment [Doc. 76] is **STRICKEN**. The Plaintiff may file a brief which comply with the requirements of this Court within five (5) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: June 13, 2022

Martin Reidinger
Chief United States District Judge