# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| A. W. Munday, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00105-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Lees-McRae College, et al., | ) | |
| | ) | |
| Defendants. | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 28, 2022 Order.

November 28, 2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court